**Dismissed and Memorandum Opinion filed October 31, 2013.**



In The

## Fourteenth Court of Appeals

---

### NO. 14-13-00601-CV

---

**NEW CONCEPT TRADE INCORPORATED AKA AND DBA NEW CONCEPT TRADE, INC., NEW CONCEPT TRADE, AND SHEHZAD SADARUDDIN AKA AND BSPA SHEHZAD SADWDDIN, Appellants**

**V.**

**QUALITY KING FRAGRANCE, INC. DBA QUALITY FRAGRANCE GROUP, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 946965**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this is an appeal from a default judgment signed May 9, 2013. Appellants' motion for new trial was denied, and their notice of appeal was filed July 11, 2013.

To date, our records show that appellants have neither established indigence nor paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment

of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On August 6, 2013, the court notified appellants that the filing fee was past due and the appeal was subject to dismissal unless the fee was paid on or before August 16, 2013. No response was filed.

The record in this appeal was due on or before September 6, 2013, but it has not been filed. The clerk responsible for preparing the record informed this court that appellants did not make arrangements to pay for the record. On September 11, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellants have not provided this court with proof of payment for the record or filed any response to this court's notice.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Wise.

2